```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 00432
   LARRY D GRUBBS
   MARLENE M GRUBBS                           CHAPTER 13

                                              JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-6194    SSN XXX-XX-3749
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/18/06 and confirmed on 06/23/06.

   2.  The case was dismissed after confirmation, 06/29/2007.

   3.  The Debtor paid a total of $   6654.51 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACCREDITED HOME LENDERS | CURRENT MORTG | .00 | .00 | .00 |
| ACCREDITED HOME LENDERS | MORTGAGE ARRE | .00 | .00 | .00 |
| FIRST BANK & TRUST EVANS | SECURED | 4000.00 | 193.56 | 2301.63 |
| HEIGHTS FINANCE CORP | SECURED | 1000.00 | 20.21 | 1000.00 |
| STATE BANK OF THE LAKES | SECURED | .00 | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| LCA COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA | UNSECURED | NOT FILED | .00 | .00 |
| CENTEGRA NORTHERN ILLINO | UNSECURED | NOT FILED | .00 | .00 |
| CENTREGA MEMORIAL MEDICA | UNSECURED | 2273.42 | .00 | .00 |
| CENTEGRA HEALTH SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 3372.46 | .00 | .00 |
| DEBORAH GOLDBERG | UNSECURED | NOT FILED | .00 | .00 |
| J C PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| LINEBARGER GOGGAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| MARSHALL FIELD | UNSECURED | 414.61 | .00 | .00 |
| MCHENRY RADIOLOGISTS & I | UNSECURED | NOT FILED | .00 | .00 |
| MRSI | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS | UNSECURED | 254.00 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | FILED LATE | .00 | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PROFESSIONAL ACCOUNTS MG | UNSECURED | NOT FILED | .00 | .00 |
| RUSH UNIVERSITY MEDICAL | UNSECURED | NOT FILED | .00 | .00 |

```
SALVI SALVI & WIFLER        UNSECURED      NOT FILED             .00          .00
SBC AMERITECH               UNSECURED      NOT FILED             .00          .00
VALENTINE & KEBARTAS        UNSECURED      NOT FILED             .00          .00
HEIGHTS FINANCE CORP        UNSECURED       3576.25              .00          .00
FIRST BANK & TRUST EVANS    UNSECURED        394.44              .00          .00
CERTIFIED SERVICES INC      UNSECURED        723.78              .00          .00
STATE BANK OF THE LAKES     UNSECURED       2261.34              .00          .00
```

Summary of disbursements:

|                     | SECURED  | PRIORITY | UNSECURED | OTHER | TOTAL    |
|---------------------|----------|----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED  | 5000.00  | .00      | 13270.30  | .00   | 18270.30 |
| PRINCIPAL PAID      | 3301.63  | .00      | .00       | .00   | 3301.63  |
| INTEREST PAID       | 213.77   | .00      | .00       | .00   | 213.77   |
| TOTAL PAID          | 3515.40  | .00      | .00       | .00   | 3515.40  |

The Debtor's attorney, KENNETH S BORCIA & ASSOC    , was allowed $   3000.00
and was paid $    251.00  direct and $   2724.65   through the plan.

The Trustee received $    254.46 .

Refunds to the Debtor totaled $   160.00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 02/14/08              /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE




                                PAGE   2
              CASE NO.  06 B 00432 LARRY D GRUBBS & MARLENE M GRUBBS